MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SEETHA RAMACHANDRAN (SR-0886)
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2546

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

       -v.-

ALL FUNDS ON DEPOSIT AT GLOBAL BANK
OF COMMERCE, ANTIGUA, ACCOUNT NUMBER
███████47-11, HELD IN THE NAME OF
ASTRA HOLDINGS INC., AND ALL FUNDS
TRACEABLE THERETO;

ALL FUNDS ON DEPOSIT AT BANK OF
MONTREAL, CANADA, ACCOUNT NUMBER
███████7937, HELD IN THE NAME OF
HUMBERTO JOSE CASTRO-TIRADO,
AND ALL FUNDS TRACEABLE THERETO;

CONTENTS OF SAFE DEPOSIT BOX
NUMBER 214, IN THE NAME OF
HUMBERTO JOSE CASTRO CARRERA,
AT BANK OF AMERICA
401 LINCOLN ROAD, MIAMI, FLORIDA
33139,

       Defendants in rem.
- - - - - - - - - - - - - - - - - -x

STIPULATION AND
ORDER OF SETTLEMENT

08 Civ. 593 (GEL)

       WHEREAS, on January 23, 2008, the United States of America filed a Verified Complaint and Warrant in Rem, pursuant to Title 21, United States Code, § 881(a)(6), seeking to forfeit All Funds on Deposit at Global Bank of Commerce, Antigua, in Account Number ███████47-11, Held in the Name of Astra Holdings Inc., and all Funds Traceable Thereto; All Funds on Deposit at Bank of

Montreal, Canada, Account Number ███████7937, Held in the Name of Humberto Jose Castro-Tirado, and all Funds Traceable Thereto; and the Contents of Safe Deposit Box Number 214, in the Name of Humberto Jose Castro Carrera, at Bank of America, 401 Lincoln Road, Miami, Florida, 33139 (the "defendant properties"), based on probable cause to believe that the defendant properties constitute property intended to be furnished in exchange for a controlled substance, and/or proceeds traceable to such exchanges, and/or property used or intended to be used to facilitate such exchanges, in violation of Title 21 of the United States Code;

   WHEREAS, on January 28, 2008, notice of the Verified Complaint was sent by certified mail, return receipt requested to Nydia Castro, ███████████████████, N. Miami Beach, FL ████; and to Corina Castro, ███████████████, Flushing, NY ████;

   WHEREAS, notice of this action was published in the New York Law Journal on February 13, 2008;

   WHEREAS, Nydia Castro has reached an agreement with the United States of America in the pending matter and wishes to settle without resorting to further litigation;

   IT IS HEREBY STIPULATED, ORDERED AND AGREED, by and between Plaintiff Unites States of America, by its attorney Michael J. Garcia, United States Attorney for the Southern District of New York; Seetha Ramachandran, Assistant United States Attorney, of counsel; and Nydia Castro as follows:

2

1. Nydia Castro agrees that the following of the defendant properties shall be forfeited to the United States, for disposition according to law, pursuant to 21 U.S.C. § 881(a)(6), without admitting any liability thereunder:

    (a) ALL FUNDS ON DEPOSIT AT GLOBAL BANK OF COMMERCE, ANTIGUA, ACCOUNT NUMBER ▮▮▮▮▮▮▮7-11, HELD IN THE NAME OF ASTRA HOLDINGS INC., AND ALL FUNDS TRACEABLE THERETO; and

    (b) ALL FUNDS ON DEPOSIT AT BANK OF MONTREAL, CANADA, ACCOUNT NUMBER ▮▮▮▮▮▮▮7937, HELD IN THE NAME OF HUMBERTO JOSE CASTRO-TIRADO, AND ALL FUNDS TRACEABLE THERETO.

2. The United States of America agrees to return the following of the defendant properties to Nydia Castro:

    (a) CONTENTS OF SAFE DEPOSIT BOX NUMBER 214, IN THE NAME OF HUMBERTO JOSE CASTRO CARRERA, AT BANK OF AMERICA 401 LINCOLN ROAD, MIAMI, FLORIDA 33139.

(the "Safe Deposit Box")

3. Nydia Castro is barred from asserting any claim against the United States of America, including members of the Drug Enforcement Administration, and the United States Attorney's Office, in connection with or arising out of, the United States' restraint, seizure and/or forfeiture of the defendant properties, including but not limited to any claim that the United States did not have probable cause to restrain, seize and/or forfeit the defendant properties.

4. Nydia Castro represents that she is the sole owner of the Safe Deposit Box, and agrees to hold harmless the United

3

States of America, including members of the Drug Enforcement Administration, and the United States Attorney's Office, from any and all claims, including third-party claims regarding the Safe Deposit Box, in connection with this action, including but not limited to, any claim of ownership of the Safe Deposit Box.

Dated:   New York, New York
         May 10, 2008

SO ORDERED:

_____
HONORABLE GERARD E. LYNCH
UNITED STATES DISTRICT COURT JUDGE

CONSENTED TO:

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for the United States

By: _____          DATE 6/7/08
    SEETHA RAMACHANDRAN
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2546

_____              DATE 5-23-08
NYDIA CASTRO
Claimant

N. Miami Beach, FL

4