Lynch


ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SEETHA RAMACHANDRAN (SR-0886)
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2546

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                      :

UNITED STATES OF AMERICA        :

        -v.-                      :

ALL FUNDS ON DEPOSIT AT GLOBAL BANK
OF COMMERCE, ANTIGUA, ACCOUNT NUMBER :
▉▉▉▉▉47-11, HELD IN THE NAME OF
ASTRA HOLDINGS INC., AND ALL FUNDS  :
TRACEABLE THERETO;

                                      :

ALL FUNDS ON DEPOSIT AT BANK OF        ORDER TO SHOW CAUSE
MONTREAL, CANADA, ACCOUNT NUMBER   :  08 Cv. 593 (GEL)
▉▉▉▉▉7937, HELD IN THE NAME OF
HUMBERTO JOSE CASTRO-TIRADO,
AND ALL FUNDS TRACEABLE THERETO;

                                      :

CONTENTS OF SAFE DEPOSIT BOX
NUMBER 214, IN THE NAME OF
HUMBERTO JOSE CASTRO CARRERA,     :
AT BANK OF AMERICA
401 LINCOLN ROAD, MIAMI, FLORIDA  :
33139,
                                      :

        Defendants in rem.   :
- - - - - - - - - - - - - - - - - - - -x

        Upon the motion of plaintiff United States of America for a default judgment and upon the annexed Declaration of Seetha Ramachandran, Assistant United States Attorney, together with all exhibits attached thereto, it is hereby:

        ORDERED that Assistant United States Attorney Seetha Ramachandran and any individuals and entities who wish to oppose

plaintiff's claim for forfeiture and assert an interest in the defendants-in-rem appear before the Honorable Gerard E. Lynch, United States District Judge, Southern District of New York, in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York, at 4:30 p.m. on the 12th day of September, 2008, to show cause why a default judgment should not be entered and the defendants-in-rem forfeited to the plaintiff United States of America according to law; and it is further

ORDERED that a copy of this Order and the papers upon which it is based shall be served by September 5, 2008, upon any individual and/or entity known by the plaintiff to have an alleged interest in the defendants-in-rem by certified mail or Federal Express.

Dated: New York, New York
~~August~~ September 2, 2008

_____
HONORABLE GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE

2